# United States District Court

WESTERN DISTRICT OF WASHINGTON

ABDULLAH BILAL-LEFFALL,

        v.

CATHI HARRIS, et. al.,

JUDGMENT IN A CIVIL CASE

CASE NO. 11-5071RJB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Pursuant to Local Fed. R. Civ. P. 41 (b)(2), this matter **IS DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

| May 23, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

*s / Mary Trent*
Deputy Clerk